Hazel Cauley, as Administratrix of the Estate of Anne Summerville, Deceased, Appellant, *v.* City of Yonkers, Respondent.

Argued November 11, 1947; decided November 20, 1947.

*Francis P. Brady* and *William F. Cauley, Jr.,* for appellant.
*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.